**Order entered April 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01148-CV

### GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants

### V.

### BOBBIE BUSH, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellee's April 9, 2015 unopposed motion for leave to file a corrected brief. We **ORDER** the corrected brief tendered to this Court by appellee on April 9, 2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE